UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AERO HEC ACQUISITION I, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS BRANSFORD, PATRICIA BRANSFORD; AND DENIS RICHARD MCDONOUGH, in his capacity as SECRETARY OF VETERAN AFFAIRS OF THE UNITED STATES,<br><br>Defendants. | Case No. |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1442 and 1444, the defendant United States of America hereby removes this action from the Dukes Superior Court to the United States District Court for the District of Massachusetts.

The case comes within section 1442(a)(1) because it is a civil action that was commenced in a State Court and that is against the United States, any agency thereof, or any officer of the United States. The case also comes within section 1444 because it is an action brought under 28 U.S.C.§ 2410 against the United States in state court.

In accordance with § 1446(a), copies of all process, pleadings, and orders served on the United States in this action, as of the date of this Notice of Removal, are attached.

This Notice of Removal is timely under section 1446(b).

The United States will provide the Dukes Superior Court and all other parties with prompt written notice of the filing of this Notice of Removal, as required by § 1446(d).

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

JOSHUA S. LEVY
Acting United States Attorney

Date: May 22, 2023 By: /s/ Brendan T. Mockler

BRENDAN T. MOCKLER
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel. No. (617) 748-3100
Brendan.Mockler @usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I served the foregoing Notice of Removal on the following recipient via U.S. Mail:

Danielle Andrews Long, Esq.
Tasnuva (Taz) Islam
*Counsel for Plaintiff*
ROBINSON & COLE, LLP
One Boston Place, 25th Floor
Boston, MA 02108

Thomas L. Bransford
25 Broad Street, Apt. 8i
New York, New York

Patricia S. Bransford
25 Broad Street, Apt. 8i
New York, NY 10004

Date: May 22, 2023

/s/ Brendan T. Mockler
BRENDAN T. MOCKLER
Assistant United States Attorney